UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR 124-052 |
| | ) | |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Possession with Intent to Distribute |
| GERALD ANTHONY JIMENEZ | ) | a Controlled Substance |
| | ) | (Methamphetamine) |

### PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Count 1:   Possession with Intent to Distribute a Controlled Substance (Methamphetamine)
21 U.S.C. § 841(a); 21 U.S.C. § 841(b)(1)(C)

- Not more than twenty (20) years imprisonment
- Not more than a $1,000,000.00 fine
- Not less than three (3) years of supervised release
- $100 special assessment

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

/s/ *Henry W. Syms, Jr.*

Henry W. Syms, Jr.
Assistant United States Attorney
Georgia Bar Number 695009



1